Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of mutton similar in all material respects to the beef the subject of *United States* v. *J. H. Brown et al.* (46 C.C.P.A. 1, C.A.D. 686), except that the merchandise here involved is mutton, the claim of the plaintiff was sustained.

**No. 64762.**—International Packers, Ltd. *v.* United States, protest 59/33499 (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of mutton similar in all material respects to the beef the subject of *United States* v. *J. H. Brown et al.* (46 C.C.P.A. 1, C.A.D. 686), except that the merchandise here involved is mutton, the claim of the plaintiff was sustained.

**No. 64763.**—John V. Carr & Son, Inc. *v.* United States, protest 59/4261 (Detroit).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.

**No. 64764.**—Canada Packers, Inc., et al. *v.* United States, protests 59/31388, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiffs was sustained.

**No. 64765.**—International Packers, Ltd. *v.* United States, protest 59/34186 (San Francisco).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.